# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

UNITED STATES OF AMERICA,

v.

MAKAROSI MAURICE WALKER,

Defendant.

CR 5:20-007-47

### ORDER

Before the Court is Defendant Makarosi Walker's letter/motion requesting a free copy of his docket sheet and sentencing transcript for his "personal records." Dkt. No. 1547.

On July 6, 2021, Defendant pleaded guilty to conspiracy to possess with intent to distribute, and to distribute, controlled substances (Count 1) and possession of a firearm by a prohibited person (Count 6). Dkt. Nos. 916, 1300. On November 23, 2011, Defendant was sentenced to seventy-two months' imprisonment as to each Count, to be served concurrently, followed by three years' supervised release. Defendant did not directly appeal. Now, nearly six months after he was sentenced, Defendant requests a free copy of his docket sheet and sentencing transcript. See Dkt. No. 1547.

Although there are certain situations in which a defendant proceeding *in forma pauperis* is entitled to transcripts free of

charge, wanting such documents for one's "personal records" is not one of those situations. Based on this Court's records, Defendant does not have a pending appeal, nor does he have a pending petition for writ of habeas corpus, see United States v. MacCollom, 426 U.S. 317 (1976) (requiring a criminal defendant to file a nonfrivolous 28 U.S.C. § 2255 motion as a prerequisite to the ability to seek a free transcript).

For these reasons, Defendant's motion is **DENIED**. Notwithstanding the above, the Clerk is **DIRECTED** to mail Defendant a copy of his docket sheet.

**SO ORDERED**, this 19 of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA